IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10829
Conference Calendar
_____

ANTONIO DELEZA,

                                        Plaintiff-Appellant,

versus

DAN MORALES, ATTORNEY GENERAL; WAYNE SCOTT,
DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION; AND
DAVID L. MYERS,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-1831-X
- - - - - - - - - - -
December 21, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Antonio Deleza appeals the dismissal of his civil rights
complaint as frivolous.  Deleza contends that the failure of the
defendants to provide classification case managers at the
institution where he is incarcerated will interfere with
rehabilitative services and will facilitate unconstitutional and
illegal activities by prison inmates and guards.  We have
reviewed the record, the district court's opinion, and Deleza's

---

[*] Local Rule 47.5.1 provides:  "The publication of opinions
that merely decide particular cases on the basis of well-settled
principles of law imposes needless expense on the public and
burdens on the legal profession."  Pursuant to that Rule, the
court has determined that this opinion should not be published.

brief and conclude that Deleza has failed to raise a constitutional issue.

Deleza's appeal is frivolous and is DISMISSED.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); see 5th Cir. R. 42.2. We caution Deleza that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Deleza is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.